IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ADAM HAMER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | NO. 6:23-CV-00043-ADA-DTG |
| § | |
| E. R. CARPENTER, L.P., § | |
| CARPENTER CO., and § | |
| CARPENTER URETHANES I, LLC § | |
| § | |
| Defendants. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Adam Hamer ("Plaintiff"), and Defendants, E. R. Carpenter, L.P. and Carpenter Co. ("Defendants"), hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, Plaintiff's claims against Defendants in this lawsuit are hereby dismissed with prejudice, with each party to bear its own respective attorneys' fees, costs, and expenses incurred in this litigation.  This Stipulation dismisses this lawsuit in its entirety.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen Higdon*_____ | */s/ Stephen P. Bega*_____ |
| **Michael P. Lyons** | **Jeff D. Otto** |
| State Bar No. 24013074 | State Bar No. 15345500 |
| mlyons@lyons-simmons.com | jotto@thompsoncoe.com |
| **Christopher J. Simmons** | **Stephen P. Bega** |
| State Bar No. 24058796 | sbega@thompsoncoe.com |
| csimmons@lyons-simmons.com | State Bar No. 24012269 |
| **Stephen Higdon** | **THOMPSON, COE, COUSINS & IRONS, L.L.P.** |
| State Bar No. 24087719 | 2801 Via Fortuna |
| shigdon@lyons-simmons.com | Suite 300 |
| **LYONS & SIMMONS, LLP** | Austin, Texas 78746 |
| 2101 Cedar Springs Rd., Suite 1900 | 512-708-8200 |
| Dallas, TX 75201 | Fax 512-708-8777 |
| 214-665-6900 | **ATTORNEYS FOR DEFENDANTS** |
| Fax 214-665-6950 | |
| **ATTORNEYS FOR PLAINTIFF** | |